Dismissed and Memorandum Opinion filed January 13, 2005









Dismissed and Memorandum Opinion filed January 13,
2005.

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-04-00815-CV

____________

 

STEVE RAY HUGGINS,
Appellant

 

V.

 

BRENDA VIRGINIA TOWNS HUGGINS, Appellee

 



 

On Appeal from the 310th District
Court

Harris County, Texas

Trial Court Cause No.
97-58428

 



 

M E M O R A N D U M  O
P I N I O N

This is an appeal from a judgment signed July 23, 2004.  The clerk=s record was filed on October 5,
2004.  The reporter=s record was filed on October 20,
2004.  No brief was filed.

On December 9, 2004, this court issued an order stating that
unless appellant submitted his brief, together with a motion reasonably
explaining why the brief was late, on or before December 27, 2004, the Court
would dismiss the appeal for want of prosecution.  See Tex.
R. App. P. 42.3(b).








Appellant filed no response.

Accordingly, the appeal is ordered dismissed.

 

PER CURIAM

Judgment rendered and Memorandum
Opinion filed January 13, 2004.

Panel consists of Justices
Anderson, Hudson, and Frost.